UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Tami Hessler, Michon Burlison, Jenaysia Crane, Samantha Gilson, Kody Kai, Austin McAlee, Cassidy Raleigh, Brandy Rhodes, William Saunders, Scott Shiner, Kelly Woods on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Riptydz Hospitality Group Inc., Jeremy Valez, individually, Brian Gregory, individually, Dave Goodbread, individually, Sandeep Patel, individually, Steve Ghidella, individually, Erez Sukarchi, individually, and William "Bill" Prescott, individually,<br><br>　　　　　　　　　　Defendants. | Civil Action No.: _____<br><br>**NOTICE OF REMOVAL** |

**TO:　THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, FLORENCE DIVISION:**

By this Notice of Removal, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Riptydz Hospitality Group Inc., Jeremy Valez, individually, Brian Gregory, individually, Dave Goodbread, individually, Sandeep Patel, individually, Steve Ghidella, individually, Erez Sukarchi, individually, and William "Bill" Prescott, individually (collectively, "Defendants"), through their undersigned counsel, hereby remove this civil action from the Court of Common Pleas Fifteenth Judicial Circuit for Horry County, South Carolina, to the U.S. District Court for the District of South Carolina, Florence Division. Defendants state the following grounds for removal:

**BACKGROUND**

1. On or about July 22, 2022, Plaintiff, Tami Hessler, commenced this action by filing a Summons and Complaint against Defendants in the Court of Common Pleas, Fifteen Judicial Circuit, for Horry County, South Carolina, which is designated as Civil Action No. 2022-CP-26-04663. A true and accurate copy of the Summons and Complaint are attached hereto collectively as "Exhibit 1."

2. By execution of an Acceptance of Service on August 10, 2022, Defendants were served with a copy of the Summons and Complaint. The Acceptance of Service was filed by Plaintiff Tami Hessler on August 11, 2022. A true and accurate copy of the Acceptance of Service is attached hereto as "Exhibit 2."

3. On October 11, 2022, a Consent Motion for Extension of Time to File Answer to Plaintiff's Complaint was filed. A true and accurate copy of the Consent Motion for Extension of Time for Defendants to File Answer to Plaintiff's Complaint is attached hereto as "Exhibit 3."

4. On October 12, 2022, the Horry County Court of Common Pleas entered an Order Granting the parties' Consent Motion for Extension of Time to File Answer to Plaintiff's Complaint. A true and accurate copy of this Order is attached hereto as "Exhibit 4."

5. On November 3, 2022, Plaintiffs, Tami Hessler, Michon Burlison, Jenaysia Crane, Samantha Gilson, Kody Kai, Austin McAlee, Cassidy Raleigh, Brandy Rhodes, William Saunders, Scott Shiner, Kelly Woods on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") filed an Amended Summons and Amended Complaint, wherein Plaintiffs added a federal cause of action against Defendants for violation of the Fair Labor Standards Act of 1938. A true and accurate copy of Plaintiffs' Amended Complaint is attached hereto as "Exhibit 5."

6. The Summons and Complaint, Acceptance of Service, Consent Motion for Extension of Time to File Answer to Plaintiff's Complaint, Order Granting Defendants' Motion for Enlargement of Time To File Answer to Plaintiff's Complaint, and Amended Summons and Amended Complaint constitute all of the process, pleadings, and orders that have been served upon Defendants in this action.

7. The only pleading Defendants have filed in the Horry County Court of Common Pleas for the Fifteenth Judicial Circuit was the Consent Motion for Extension of Time to File Answer to Plaintiff's Complaint.

## JURISDICTION AND VENUE

8. Venue is proper in this Court because this case was originally filed in Horry County County, South Carolina. See 28 U.S.C. §§ 121(1), 1446(a); see also LOCAL CIV. RULE 3.01(A) (D.S.C.).

9. Removal of this State Action is proper under 28 U.S.C. §§ 1331 and 1441(a) because this Court has original jurisdiction of this action, as it alleges a cause of action under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, et. seq. ("FLSA").

10. In addition to alleging violation of the FLSA, Plaintiffs allege violation of the South Carolina Payment of Wages Act, codified in S.C. Code Ann. § 41-10-5, et. seq ("SC Wage Act"). This Court should exercise supplemental jurisdiction over Plaintiffs' cause of action under the SC Wage Act because Plaintiffs' SC Wage Act claims are so related to the FLSA claim that they form the same case or controversy. See 28 U.S.C. § 1367(a), United Mine Workers of Am. v. Gibbs, 383 U.S. 715, 725, (1966) (finding supplemental jurisdiction allows parties to append state law claims over which federal courts would otherwise lack jurisdiction to federal claims, so long as "[t]he state and federal claims…derive from a

common nucleus of operative fact"). Here, Plaintiffs' two causes of action, one alleging violation of the FLSA and the other alleging violation of the SC Wage Act are based on the exact same set of factual allegations, such that both derive from a common nucleus of operative fact. As a result, the Court has supplemental jurisdiction over Plaintiffs' cause of action for violation of the South Carolina Payment of Wages pursuant to 28 U.S.C. § 1367.

## PROCEDURAL REQUIREMENTS

11. This Notice of Removal is timely filed within thirty days of Defendants' receipt of Plaintiffs' Amended Complaint, from which it was first ascertained that the case is one which or has become removable.

12. All Defendants consent to removal of this action, pursuant to 28 U.S.C. § 1446(b)(2)(A).

13. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice will be filed with the Clerk of Court for the Horry County Court of Common Pleas for the Fifteenth Judicial Circuit and served upon Plaintiffs promptly after the filing of this Notice of Removal. A copy of the Notice that will be filed with the Clerk of the Court of Common Pleas for Horry County and served upon Plaintiff is attached hereto as "Exhibit 6."

14. In accordance with Local Civil Rule 26.01, Defendant's Local Rule 26.01 Interrogatories will be filed commensurate herewith.

15. Defendants submit this Notice of Removal without waiving any defense to the claims asserted by the Plaintiffs or conceding Plaintiffs have pled claims upon which relief can be granted.

## CONCLUSION

**WHEREFORE**, having fulfilled all statutory requirements Defendants hereby remove this action from the Court of Common Pleas for the Fifteenth Judicial Circuit for Horry County, South Carolina, to this Court, and request that this Court assume full jurisdiction over this matter as provided by law.

Respectfully submitted,

**BELLAMY, RUTENBERG, COPELAND, EPPS, GRAVELY & BOWERS, P.A.**

s/Holly M. Lusk
Benjamin A. Baroody, District Court I.D. 9442
Holly M. Lusk, District Court I.D. 12587
Post Office Box 357
Myrtle Beach, South Carolina 29578-0357
843-448-2400
843-448-3022
bbaroody@bellamylaw.com
hlusk@bellamylaw.com
Attorneys for Defendants